UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR JOSIAH PARKER )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>BRAD COLE, ET AL. )<br>)<br>Defendant(s). )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 6:17-CV-03154-BP<br><br>JURY TRIAL REQUESTED |

**DEFENDANTS ADVANCED CORRECTIONAL HEALTHCARE, INC. AND DR. KAREN DOERRY'S MOTION FOR LEAVE TO FILE DOCUMETNS UNDER SEAL**

COME NOW Defendants, Advanced Correctional Healthcare, Inc. and Dr. Karen Doerry, by and through counsel, and for their Motion for Leave to File Documents Under Seal, state the following:

These Defendants plan to attach as exhibits to their Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction copies of medical records. When including "confidential information" as part of a court filing, the parties must file such information under seal in accordance with the applicable court rules.

Therefore, these Defendants request leave to file exhibits to their Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction under seal.

3749.481

                */s/ J. Thaddeus Eckenrode*
                J. Thaddeus Eckenrode MoBar #31080
                ECKENRODE-MAUPIN, Attorneys at Law
                11477 Olde Cabin Rd., Ste. 110
                St. Louis, MO 63141
                (314) 726-6670 (Telephone)
                (314) 726-2106 (Fax)
                jte@eckenrode-law.com
                *Attorney for Defendant(s) Advanced Correctional Healthcare, Inc. and Dr. Karen Doerry*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via court's electronic filing system and electronic mail on this 15th day of January, 2018 to the following:

**Ashley Lowe Norgard**
Husch Blackwell LLP
901 St. Louis Street
Ste.1800
Springfield, MO 65806
*Attorney for Plaintiff(s) VICTOR JOSIAH PARKER*

**Matthew J. Gist**
Ensz & Jester, P.C.
2121 City Center Square
1100 Main Street
Kansas City, MO 64105
*Attorney for Defendant(s) BRAD COLE*

and via U.S. Mail to the following:

**Paul Glynn, M.D.**
515 High Ave
Sparta, MO 65753
*Pro Se Defendant*

                */s/ Katie Young*

3749.481