UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR JOSIAH PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 6:17-cv-03154-BP |
| ) | |
| BRAD COLE, *et al* ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND MOTION FOR DISMISSAL

COMES NOW Plaintiff, by and through his attorney of record, and stipulates and agrees that the above-captioned case has been fully compromised, settled, and released as to Defendant Dr. Paul Glynn and Defendant Co. Healthcare, LLC, and said defendants are hereby dismissed with prejudice. Each party to bear their own taxable court costs, expenses, and attorney's fees.

Plaintiff hereby voluntarily dismisses with prejudice to the refiling thereof the pending lawsuit and each of his claims filed therein.

Respectfully submitted,
**HUSCH BLACKWELL LLP**

 */s/ Robert Schaeffer*
Larry L. McMullen    #17087
**Husch Blackwell LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000
(816) 983-8080 (Fax)
larry.mcmullen@huschblackwell.com

Robert Schaeffer    #69324
**Husch Blackwell LLP**
901 St Louis Street, Suite 1800
Springfield, MO 65806
(417)268-4000
(417)268-4040 (Fax)
robert.schaeffer@huschblackwell.com
***Attorneys for Plaintiff Victor Josiah Parker***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF (electronic filing) system to all counsel of record on May 11, 2020.

                                        */s/ Robert Schaeffer*